# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ORIE NOBLE,

       Plaintiff(s),

v.

BARRICK GOLDSTRIKE MINES, INC.,

       Defendant(s).

2:12-CV-1091 JCM (GWF)

## ORDER

Presently before the court is defendant's motion to dismiss. (Doc. # 7). The plaintiff never filed a response.

Also before the court is defendant's motion to transfer. (Doc. # 50). The plaintiff never filed a response in opposition.

The court referred this case to the early neutral evaluation ("ENE") program. After a long delay, the parties conducted an ENE conference with Magistrate Judge McQuaid on June 25, 2013. The parties settled at the ENE conference. The settlement moots the two pending motions and they are denied without prejudice.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to dismiss (doc. # 7) be, and the same hereby, is DENIED as moot.

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that defendant's motion to transfer (doc. # 50) be, and the same hereby, is DENIED as moot.

DATED June 28, 2013.

James C. Mahan

**UNITED STATES DISTRICT JUDGE**